CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
| --- | --- |
| **United States of America**<br>**v.**<br>**Myles Jonathan Carmo**<br>DOB: 1993; United States Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>**20-00508MJ** |

| Complaint for violation of Title 18, United States Code, Section 924(a)(1)(A) |
| --- |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about August 16 and 17, 2020, in the District of Arizona, Myles Jonathan Carmo knowingly made false statements and representations to Sportsman's Warehouse, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Sportsman's Warehouse; in that Myles Jonathan Carmo, in connection with the purchase of firearms, that is: one Glock model 21 Gen 4 .45 caliber handgun, one Glock model 45 9mm handgun, and two Ruger model 5.7 5.7x28mm handguns; stated that his current residence address was 7688 S. Danforth Ave., Tucson, AZ 85747, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On August 16, 2020, Myles Jonathan Carmo purchased two firearms (a Glock model 21 Gen 4 .45 caliber handgun and one Ruger model 5.7, 5.7x28mm handgun) from Sportsman's Warehouse, a Federal Firearms Licensee (FFL) in Tucson, Arizona. On the ATF Form 4473–Firearms Transaction Record completed by Carmo when acquiring the firearms, Carmo stated that his current residence was 7688 S. Danforth Ave., Tucson, AZ 85747. On August 17, 2020, Carmo purchased two more firearms (one Glock model 45 9mm handgun and one Ruger model 5.7 5.7x28mm handgun) from Sportsman's Warehouse and provided the same current residence in the ATF Form 4473. An ATF Form 4473 is required to be completed by the purchaser for every firearm purchase from an FFL. The purchaser must certify that all information contained in the ATF Form 4473 is true, correct, and complete. The ATF Form 4473 is required by federal law to be kept in the records of the FFL.

On August 19, 2020, agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) attempted to contact Carmo at 7688 S. Danforth Ave., Tucson, AZ 85747, the address he had provided on the Forms 4473 two and three days previously. A resident at this address informed the agents that Carmo did not live there and had not for several months. Agents were able to confirm that Carmo currently resided at a different address in Tucson, and made contact with Carmo at his actual address later the same day. Carmo admitted to the agents that 7688 S. Danforth Ave., Tucson, AZ 85747, was not his current residence.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>ATF Special Agent Hannah Fox |
| --- | --- |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 9, 2020 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54